IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY AND GLADYS DANIELS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NUMBER: 1:07-CV-0703-CB |
| | ) |
| AMERIQUEST MORTGAGE | ) |
| COMPANY,CITIMORTGAGE, INC. | ) |
| d/b/a CITIFINANCIAL MORTGAGE | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now, Earl P. Underwood, Jr., and files his appearance as additional counsel on behalf of Plaintiffs in the above-styled case.

/s/ Earl. P. Underwood, Jr.
Earl P. Underwood, Jr.
Attorney for Plaintiff
Post Office Box 969
Fairhope, AL  36533-0969
(251) 990-5558 voice
(251) 990-0626 fax
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J Kenneth J. Riemer          420 North 20th St.
Attorney at Law              Birmingham AL 35203
P.O. Box 1206
Mobile AL 36633

Stephen J. Bumgarner
Burr & Forman LLP            /s/ Earl P. Underwood, Jr.
3400 Wachovia Tower          Earl P. Underwood, Jr.