IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY AND GLADYS DANIELS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NUMBER: 1:07-CV-0703-CB |
| | ) |
| AMERIQUEST MORTGAGE | ) |
| COMPANY,CITIMORTGAGE, INC. | ) |
| d/b/a CITIFINANCIAL MORTGAGE | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now, James D. Patterson., and files his appearance as additional counsel on behalf of Plaintiffs in the above-styled case.

/s/ James D. Patterson.
James D. Patterson
Attorney for Plaintiffs
Post Office Box 969
Fairhope, AL  36533-0969
(251) 990-5558 voice
(251) 990-0626 fax
jpatterson@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J Kenneth J. Riemer
Attorney at Law
P.O. Box 1206
Mobile AL 36633

420 North 20th St.
Birmingham AL 35203

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower

/s/ James D. Patterson
James D. Patterson