AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Alabama

Stanley and Gladys Daniels

V.

Ameriquest Mortgage Company, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-703-CB CG-C

TO: (Name and address of Defendant)

AMERIQUEST MORTGAGE COMPANY
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KENNETH J. RIEMER
Post Office Box 1206
Mobile, AL 36633

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CHARLES R. DIARD, JR.**

CLERK

(By) DEPUTY CLERK

DATE  10/4/07

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/12/2007 |
| NAME OF SERVER (PRINT) Sue Foster | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Cert. Mail | TOTAL $5.38 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/24/2007   _____Sue Foster_____
            Date            Signature of Server

Kenneth J. Riemer
166 Government St.
Mobile, AL 36602
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Co.
c/o National Registered Agents, Inc.
150 South Perry St.
Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Evelyn Black   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)  Evelyn Black
C. Date of Delivery  10-12-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

(1) As to who m

2. Article Number
   (Transfer from service label)        7007 1490 0003 0747 0603

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540