IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY AND GLADYS DANIELS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> CITIMORTGAGE, INC. d/b/a ) <br> CITIFINANCIAL MORTGAGE ) <br> COMPANY, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br><br> 1:07-cv-00703-CG-C |

## MOTION FOR EXTENSION OF TIME

**COMES NOW** defendant CitiMortgage, Inc. d/b/a CitiFinancial Mortgage Company, Inc. ("CitiMortgage"), by and through its undersigned counsel, and respectfully requests this Honorable Court to extend the time for it to file a response to Plaintiffs' complaint by thirty (30) days. Plaintiffs do not oppose such an extension and no parties will be prejudiced by such an extension.

**WHEREFORE, PREMISES CONSIDERED**, CitiMortgage respectfully requests that this Court extend the deadline for it to file a response to Plaintiffs' complaint by thirty (30) days.

Dated this 31st day of October, 2007.

        s/ R. Frank Springfield
        John R. Chiles (CHI006)
        R. Frank Springfield (SPR024)
        Attorneys for Defendant
        BURR & FORMAN LLP
        420 North 20th Street, Suite 3400
        Birmingham, AL  35203
        Telephone:  (205) 251-3000
        Facsimile:  (205) 458-5100

1615531 v1

## CERTIFICATE OF SERVICE

  I hereby certify that on the 31st day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and to the extent they are not properly registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class United States Mail, postage prepaid as follows:

Kenneth J. Riemer
166 Government Street
Suite 100
Mobile, AL  36602

Earl P. Underwood
James Donnie Patterson
P. O. Box 969
Mobile, AL  36533

Ameriquest Mortgage
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL  36104

            s/ R. Frank Springfield
            OF COUNSEL