IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STANLEY DANIELS, et al.,** ) | |
| ) | |
|    **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO. 07-0703-CG-C** |
| ) | |
| ) | |
| **AMERIQUEST MORTGAGE** ) | |
| **COMPANY, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

## ORDER

This matter is before the court on the plaintiffs' motion to stay pending transfer of this action by the Multidistrict Litigation panel ("MDL") to the Northern District of Illinois (Doc. 12), to which the plaintiffs attached a copy of their notice of potential tag-along action filed with the MDL panel on October 18, 2007, requesting inclusion in MDL Case No. 1715, In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation.

Upon due consideration, the plaintiffs' motion to stay is **GRANTED**. This action is hereby **STAYED** pending receipt of the MDL Panel's transfer order. This stay will remain in effect until the court is notified of the MDL Panel's decision concerning transfer.

**DONE and ORDERED** this 6th day of November, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE