

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W.  DOBBINS                                                                                        312-435-5698

**December 3,  2007**

Charles R. Diard, Jr. , Clerk of Court

123 John A.Campbell
United States Courthouse
113 St. Joseph Street

Mobile, AL 36602

Dear Clerk:

**Re: MDL 1715 -- In re: "Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**

>    Your case number:     ALS 1 07-703 Stanley Daniels  vs. Ameriquest Mortgage Company

>    Our case number:     **07 cv 6709 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from  the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E Aspen.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.

>                                             Sincerely,
>
>                                             Michael W. Dobbins
>                                             Clerk
>
>              by:     Willie A. Haynes
>                     Supervisor of Operations