# U.S. District Court
## Southern District of Alabama (Mobile)
### CIVIL DOCKET FOR CASE #: 1:07–cv–00703–CG–C

| | |
|---|---|
| Daniels et al v. Ameriquest Mortgage Company, et al | Date Filed: 10/03/2007 |
| Assigned to: Chief Judge Callie V. S. Granade | Date Terminated: 12/04/2007 |
| Referred to: Magistrate Judge William E. Cassady | Jury Demand: Plaintiff |
| Cause: 15:1601 Truth in Lending | Nature of Suit: 371 Truth in Lending |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Stanley Daniels**    represented by    **Kenneth J. Riemer**
166 Government Street, Suite 100
Mobile, AL 36602
251–432–9212
Fax: 251–433–7172
Email: kjr@alaconsumerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
P. O. Box 969
Fairhope, AL 36533–0969
251–990–5558
Fax: 251–990–0626
Email: epunderwood@alalaw.com
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
P.O. Box 969
Fairhope, AL 36533
251–990–5558
Email: jpatterson@alalaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gladys Daniels**    represented by    **Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | | |
|---|---|---|---|
| **Ameriquest Mortgage Company** | | represented by | **Stephen James Bumgarner**<br>Burr &Forman LLP<br>3400 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL 35203<br>205–458–5355<br>Fax: 205–244–5611<br>Email: sbumgarn@burr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | | |
|---|---|---|---|
| **CitiMortgage, Inc.**<br>*d/b/a CitiFinancial Mortgage Co., Inc.* | | represented by | **R. Frank Springfield**<br>Burr &Forman<br>420 North 20th St., Suite 3100<br>Birmingham, AL 35203<br>205–251–3000<br>Email: fspringf@burr.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2007 | " 1 | COMPLAINT against all defendants (Receipt number 08652, Fee Paid at Intake), filed by Stanley Daniels, Gladys Daniels. (Attachments: #(1) Exhibit Summons Ameriquest, #(2) Exhibit Summons CitiMortgage) (Riemer, Kenneth) Cover Sheet added on 10/4/2007 (mab) (Entered: 10/03/2007) |
| 10/04/2007 | " 2 | NOTICE of Appearance by Earl P. Underwood on behalf of Stanley Daniels, Gladys Daniels (Underwood, Earl) (Entered: 10/04/2007) |
| 10/04/2007 | " 3 | NOTICE of Appearance by James Donnie Patterson on behalf of Stanley Daniels, Gladys Daniels (Patterson, James) (Entered: 10/04/2007) |
| 10/04/2007 | " 4 | Summons Issued to plaintiffs' counsel for service on CitiMortgage, Inc. &Ameriquest Mortgage Company. (mab) (Entered: 10/04/2007) |
| 10/04/2007 | " 5 | Service Notice issued 10/4/2007. Plaintiff to notify the Court of the action taken to effect service and the results thereof by 11/19/2007 pursuant to LR 4.1(c). (mab) (Entered: 10/04/2007) |
| 10/24/2007 | " 6 | RETURN OF SERVICE of Summons and Complaint served October 12, 2007 as to Ameriquest Mortgage Co. (Riemer, Kenneth) (Entered: 10/24/2007) |
| 10/24/2007 | " 7 | RETURN OF SERVICE of Summons and Complaint served October 12, 2007 as to CitiMortgage, Inc. (Riemer, Kenneth) (Entered: 10/24/2007) |
| 10/24/2007 | " | Answer due from CitiMortgage, Inc. on 11/1/2007; Ameriquest Mortgage Company on 11/1/2007 – See Docs. 6 &7. (tot) (Entered: 10/24/2007) |
| 10/31/2007 | " 8 | MOTION for Extension of Time by CitiMortgage, Inc.. (Springfield, R.) (Entered: 10/31/2007) |
| 11/01/2007 | " 9 | ENDORSED ORDER granting 8 Motion for Extension of Time. CitiMortgage, Inc.'s response to the complaint shall be filed on or before December 3, 2007. Signed by Judge |

| | | |
|---|---|---|
| | | Callie V. S. Granade on 11/01/2007. (mab) (Entered: 11/01/2007) |
| 11/01/2007 | " | Answer due from CitiMortgage, Inc. on 12/3/2007. (mab) (Entered: 11/01/2007) |
| 11/02/2007 | " 10 | Unopposed MOTION for Extension of Time by Ameriquest Mortgage Company. (Bumgarner, Stephen) (Entered: 11/02/2007) |
| 11/05/2007 | " 11 | ENDORSED ORDER granting Ameriquest Mortgage Company's Unopposed 10 Motion for Extension of Time. The deadline for Ameriquest to respond to the plaintiffs' complaint is extended to November 16, 2007. Signed by Judge Callie V. S. Granade on 11/05/2007. (mab) (Entered: 11/05/2007) |
| 11/05/2007 | " | Answer due from Ameriquest Mortgage Company on 11/16/2007. (mab) (Entered: 11/05/2007) |
| 11/06/2007 | " 12 | MOTION to Stay by Stanley Daniels, Gladys Daniels. (Attachments: # 1 Exhibit A) (Underwood, Earl) (Entered: 11/06/2007) |
| 11/06/2007 | " 13 | ORDER granting 12 Motion to Stay. This action is hereby STAYED pending receipt of the MDL Panel's transfer order. This stay will remain in effect until the court is notified of the MDL Panel's decision concerning transfer. Signed by Judge Callie V. S. Granade on 11/06/2007. (mab) (Entered: 11/06/2007) |
| 12/04/2007 | " 14 | Conditional Transfer Order (MDL) from Northern District of Illinois requesting transfer of action. Entire case file sent to requesting District consisting of Documents 1–13. (Attachment: #(1) Transfer Letter) (mab) (Entered: 12/10/2007) |